NO. 30323

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DAVID KEANU SAI, Petitioner,

vs.

THE HONORABLE CLYDE SUMIDA, JUDGE OF THE DISTRICT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(Case No. 1DTI-09-167852)

ORDER

(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the petition for a writ of prohibition filed by petitioner David Keanu Sai and the papers in support, it appears that petitioner fails to demonstrate a clear and indisputable right to relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (A writ of prohibition is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.) Therefore,

IT IS HEREBY ORDERED that the petition for a writ of prohibition is denied.

DATED: Honolulu, Hawaiʻi, February 25, 2010.